UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE


| | | |
|---|---|---|
| Barbara M. Lang and Catherine M. Lang-Peterson Pagano a/k/a Catherine L.P. Pagano, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Docket No. 1:15-cv-161-PB |
| Benefit Profiles, LLC CP Management, Inc. James J. Horne Lisa M. Larrabee, Tracy L. Churchill-Longo and Principal Financial Group, Inc. d/b/a Principal Life Insurance Company | ) ) ) ) ) ) | |
| Defendants | ) ) | |


**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES**


  **Now come** the Plaintiffs, Barbara M. Lang and Catherine M. Lang-Peterson Pagano a/k/a

Catherine L.P. Pagano, and the remaining defendants, Benefit Profiles, LLC, CP Management,

Inc., James J. Horne, Tracy L. Churchill-Longo, and Lisa M. Larrabee (collectively the

"Parties"), and pursuant to Federal Rule of Civil Procedure 41(a) (1) (A) stipulate that this action

be and hereby is dismissed with prejudice.  All parties to bear their own attorney fees, costs and

expenses and no further action on the same cause of action be had.

1

Respectfully submitted,


Plaintiffs, Barbara M. Lang, and
Catherine M. Lang-Peterson Pagano
By and through their legal counsel

Kalil & LaCount, P.A.


By: _____/s/ Joseph R. Russell, Esq._____
        Joseph R. Russell, Esq. (NH Bar No.18653)
        681 Wallis Road
        Rye, NH 03870
        603/964-1414
        ryelaw@comcast.net


Defendants, Benefit Profiles, LLC and Lisa M. Larrabee
By and through their legal counsel,

Markun, Zusman, Freniere & Compton, LLP


By: _____/s/ Steven N. Fuller, Esq._____
         Steven N. Fuller, Esq. (NH Bar No. 4813)
        40 Grove Street, Suite 275
        Wellesley, MA. 02482
        781/489-5464
        Sfuller#mzclaw.com

Defendants, CP Management, Inc.,
James J. Horne, Tracy L. Churchill-Longo
By and through their legal counsel,

McLane Graf Raulerson & McLane, PA


By: _____/s/ Steven J. Dutton, Esq._____
        Steven J. Dutton (NH Bar. No. 17101)
        900 Elm Street, P.O. Box 326
        Manchester, NH 03105-0326
        603/625-6464
        steven.dutton@mclane.com

2

Dated:  September 10, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this  10th  day of September 2015, I filed the within Joint Stipulation of Dismissal with Prejudice through the Electronic Case Filing System of the U.S District Court for the District of NH and thereby caused it to be served electronically by the Court to all registered participants identified in the Notice of Electronic Filing.

Joseph R. Russell, Esq.

/s/ Joseph R. Russell, Esq.