UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Barbara M. Lang, et al.

v.                                                         Civil No. 15-cv-00161-PB

Benefit Profiles, LLC et al

## J U D G M E N T

In accordance with the following, judgment is hereby entered:

1. Endorsed Order by Judge Paul Barbadoro dated June 23, 2015, granting the Motion to Dismiss Defendant Principal Financial Group; and

2. Stipulation of Dismissal as to All Parties with Prejudice filed on September 10, 2015.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date: September 14, 2015

cc:     Counsel of Record